IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TINA TENPENNY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:19-cv-00420 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| PRIME NOW, LLC, | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Before the Court are motions for summary judgment filed by each of the parties. (Doc. Nos. 65 and 68). The parties each responded to the other's motion and filed replies. (Doc. Nos. 72, 75, 77, 79). The parties also filed and responded to statements of material facts. For the reasons stated in the accompanying Memorandum, neither party has shown there are no disputes of material fact and that they are entitled to judgment as a matter of law. Accordingly, the motions for summary judgment are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE